# EXHIBIT A

# Coldwell Solar, Inc.
## Employment Agreement

Coldwell Solar, Inc. (the "Company") utilizes the following employment agreement ("Agreement") for David Vincent ("Employee"). Employee's signature below acknowledges that he accepts this Agreement with the understanding that nothing in this Agreement shall guarantee employment for any period of time. Employee's employment is at-will; either party may terminate the employment relationship at any time, with or without cause, and with or without notice. No such policy, rule or regulation shall alter, modify, or revoke the Employee's status as an at-will employee.

The Agreement will be in effect until it is revoked by the Company or superseded by a new agreement. This Agreement may only be modified or amended in writing by the Company. Except as otherwise communicated to the Employee by the Company in writing, this Agreement contains the sole and entire expression of the terms and conditions of employment with respect to the payment of Salary, bonuses, vacation pay and sick leave to Employee. This Agreement supersedes all past terms and conditions.

I.      Base Salary, Location & Reporting

The Company shall pay Employee an annual base salary of $135,000.00 with the title of Regional Director of Sales and Development. The salary shall be payable in compliance with applicable wage and hour laws. Your commencing employment date is August 1, 2016. Employee will receive relocation loan $22,600.00 within 30 days of employment with the company. After two years continuous employment by Employee the Company will reclassify the loan to a bonus and the loan will be considered paid in full. Employee will be guaranteed by the Company a minimum of $15,000.00 bonus each year of continuous employment. This position is home office based and reports to the Company President, by way of the VP of Sales.

II.     Benefits

Employee will be entitled to vacation during each full year of employment, and sick leave benefits, in accordance with the Company's standard policies to be set forth in the Employee Handbook. Employee shall be entitled to participate in any standard health and other benefit plans established by the Company after probation period and set forth in the Employee Handbook. Employee shall be enrolled in the Sales Bonus and Wellness program after 30 days employment with the Company.

III.    Continuous Employment. To earn and be eligible to receive bonuses, Employee must be employed at the start of each project and remain employed during the project's construction until the project receives governmental and utility final acceptance.

IV.     Termination by the Company Without Cause. If Employee's employment is involuntarily terminated by the Company for any reason other than for Cause (as defined below), Employee shall be entitled to receive his or her unpaid bonus amount, or any remaining unpaid portions thereof.

        (i)     Termination by the Company With Cause. If Employee's employment is involuntarily terminated by the Company with Cause (as defined below), Employee shall not be eligible for any unpaid Bonus under this Agreement and no future bonus shall be earned by or paid to Employee.

Coldwell Solar, In. Confidential
Ca, License #969149

(ii) Termination Due to Participant's Death. If employee dies during the Payment Period, the Company will pay a pro-rate bonus as of the date of death, which shall be payable to the estate representative (i.e., trustee, executor, administrator, or spouse of Employee) within ninety (90) days following notification to the Company of Employee's death.

(iii) Cause Defined. Solely for purposed of this Agreement and in no way for the purpose of characterizing Employee as having a guaranteed right to continued employment that can only be terminated for good cause, the term "Cause" means a termination of employment by the Company due to its determination that Employee has engaged in any of the following.

(1) Employee is determined by a court of law to have committed a willful act of embezzlement, fraud, or dishonesty;

(2) Any intentional unauthorized use or disclosure by Employee of confidential information or trade secrets of the Company (or an affiliated trade, business or entity of the Company);

(3) A willful act by Employee that constitutes gross misconduct and which is injurious to the Company;

(4) Any other intentional misconduct comprising violations of Company policies that adversely affect the business or reputation of the Company (or any affiliated trade, business or entity of the Company); or

(5) A conviction (including a no comment or guilty plea) of a felony or any crime based on dishonesty or moral turpitude (other than motor vehicle offenses that do no cause demonstrable harm to the Company).

I acknowledge I have received a copy of this Agreement for my records and that I will be paid a Bonus as described above, effective the date of my signature below. Any provisions of this Agreement held to be illegal, invalid, or unenforceable by law or rule or regulation shall be sully severable, and the remaining provisions of this Agreement shall remain in full force and effect.

David Vincent

Signature: _____   Initials: _____
                                      Dave Hood
Date: 8-22-2016

The Company retains the right to interpret, modify, or terminate this commission agreement as it deems appropriate. This Acknowledgement does not constitute a contract of employment and does not guarantee your employment for any specific period of time. Your employment is at-will.

(1) Employee is determined by a court of law to have committed a willful act of embezzlement, fraud, or dishonesty;

(2) Any intentional unauthorized use or disclosure by Employee of confidential information or trade secrets of the Company (or an affiliated trade, business, or entity of the Company);

(3) A willful act by Employee that constitutes gross misconduct and which is injurious to the Company;

(4) Any other intentional misconduct comprising violations of Company policies that adversely affect the business or reputation of the Company (or any affiliated trade, business, or entity of the Company); or

(5) A conviction (including a no contest of guilty plea) of a felony or any crime based on dishonesty or moral turpitude (other than motor vehicle offenses that do not cause demonstrable harm to the Company).

---

I acknowledge I have received a copy of this Agreement for my records and that I will be paid a commission as described above, effective the date of my signature below. Any provision of this Agreement held to be illegal, invalid, or unenforceable by law or rule or regulation shall be fully severable, and the remaining provisions of this Agreement shall remain in full force and effect.

David Vincent

Signature: _____

Date: 8-22-2016

*The Company retains the right to interpret, modify, or terminate this commission agreement as it deems appropriate. This Acknowledgement does not constitute a contract of employment and does not guarantee your employment for any specific period of time. Your employment is at-will.*

---