# EXHIBIT B

**COLDWELL
SOLAR**

## NON-DISCLOSURE AGREEMENT

THIS NON-DISCLOSURE AGREEMENT (this "Agreement"), dated effective as of August 5, 2016, is entered into by and between **Coldwell Solar, Inc.** ("Company"), located at 500 Menlo Dr. #100, Rocklin, CA 95765 ("CSI") and **David Vincent.**

WHEREAS, Company intends to furnish and/or disclose to one another certain confidential and proprietary information relating to the Human Resources and other confidential data, in written and/or verbal for, in connection with the job duties of Regional Director of Sales and Development.

NOW, THEREFORE, in consideration of the mutual covenants and agreements set forth in this Agreement, and for other good and valuable consideration, the receipt of which and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1.      Confidential Information.  **For purposes of this Agreement, "Confidential Information" shall mean** any and all information and material which relates to the company's existing or potential customers, expenses, systems, **Human Resources data, Employee data,** research, development, procedures or business affairs or that of any of its customers, subsidiaries or affiliates.  For the purposes of this Agreement, Confidential Information shall also include each company's trade secrets, processes and devises and other proprietary information, including, but not limited to, financial models.  Notwithstanding the foregoing, Confidential Information shall not include (i) information generally known to the public; (ii) information already known by the receiving party prior to its disclosure and (iii) information independently developed without reference to the Confidential Information.

2.      Confidentiality.  **The employee shall neither use nor disclose, directly or indirectly, in whole or in part, to any third person, firm or corporation, any Confidential Information received from the company.** Under no circumstances shall the employee use the Confidential Information for its own benefit, or copy or reproduce the Confidential Information, except as required Company ownership approval.  Employee agrees to use the same degree of care in safeguarding the Confidential Information as it uses for its own confidential and proprietary information. This agreement will remain in effect, whether or not the Employee is employed with the Company.

3.      Ownership of Information; Restrictions on Use.  All Confidential Information shall be and remain the property of the company, regardless of whether all or a portion of the Confidential Information shall reside on a server or other computer system of the other party. The employee shall not reproduce, in whole or in part, Confidential Information without first obtaining written authorization from the Company.

4.      Non-Circumvention.  Each party agrees, for a period of two years following the date of this Agreement, not to use any information acquired from the other party in connection with this Agreement to circumvent the other party's actual or potential business relationships. A party shall not directly or indirectly contact, or negotiate with, a third party regarding a potential

business relationship of which that party first became aware as a result of information exchanges covered by this Agreement, except with the prior written consent of the other party.

5.      Entire Agreement Assignment.  This document contains the entire Agreement between the parties with respect to the subject matter hereof and supersedes any previous understanding, commitments or agreements, oral or written, pertaining to the subject matter of this Agreement.  The Company reserves the right to change or modify this agreement at any time.

6.      Governing Law; Savings Clause.  This Agreement shall be governed by and construed in accordance with the laws of the state of California, without giving effect to its conflict of law provisions.  Venue for any action involving this Agreement shall be proper only in California.  The parties hereto expressly waive the jurisdiction of any foreign court.  If any provision of the Agreement is declared void or otherwise unenforceable, such provision shall be deemed to have been severed from this Agreement, which shall otherwise remain in full force and effect.

7.      Termination.  **Any breach of this agreement, including sharing of company human resource and other private data, will result in termination of the employee.**

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date first written above.

**Coldwell Solar, Inc.**

Signature: _____

Name: _____Dave Hood_____

Title: _____CEO_____

**Employee**

Signature: _____

Name: ____DAVID VINCENT____

Title: ____INDIVIDUAL_____